IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

WILLIAM R. COUCH, #186347,

    Plaintiff,

v.   CIVIL ACTION NO. 7:05-cv-00642

JOHN JABE, et al.,

    Defendants.

## ORDER

On this day came the Plaintiff, pro se, and the Defendants, by counsel, and moved the Court for a voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

The parties represented to the Court that they have reached an agreement to settle this action and have reduced that agreement to writing. The parties further agree that this Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

THEREFORE, it is ORDERED that this action be, and it hereby is, DISMISSED and removed from the Court's docket, however, this Court shall retain jurisdiction to enforce the Settlement Agreement.

Enter: 3/19/07

*Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE

We ask for this:

*William Couch*
William R. Couch
*Plaintiff*

s/  William W. Muse_____ p.d.
William W. Muse
Senior Assistant Attorney General
Office of the Attorney General
Public Safety & Enforcement Division
900 East Main Street
Richmond, Virginia 23219
(804) 786-0046
(804) 786-4239 (Fax)
VSB # 13599
(*Counsel for Defendants*)

2